UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cr-00245-JPH-MJD |
| ) | |
| JONATHAN HARRIS, ) | -01 |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim A. Baker has entered a Report and Recommendation, dkt. 107, recommending that the Court revoke Mr. Harris's supervised release and sentence him to 23 months imprisonment with no supervised release to follow, and that defendant be enrolled in a substance abuse and mental health treatment program and not be placed at Federal Correctional Institution Gilmer in West Virginia or at FCI Greenville, Illinois. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [107]. The Court now **ORDERS** that Jonathan Harris's supervised release is therefore **REVOKED** on violations 1 and 2 in the petition, dkt. [92], and violations 3 and 4 in the supplemental petition, dkt. [100], are withdrawn. Mr. Harris is sentenced to the custody of the Attorney General or his designee for imprisonment of 23 months with no supervised release to follow. The Court recommends that Mr. Harris be enrolled in a substance abuse and

mental health treatment program, and that he not be placed at Federal Correctional Institution Gilmer in West Virginia or at FCI Greenville, Illinois.

**SO ORDERED.**

Date: 8/19/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal